April 26, 2021

Honorable J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia
600 James Brown Blvd.
Augusta, Georgia 30901

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 MAY -4 P 3: 34

CLERK M. Akin
SO. DIST. OF GA.

Re: Supervised Release Termination/Inmate 19604-021

Dear Judge Hall,

I am writing this letter to respectfully request the early termination of my supervised release program. On May 31, 2016 I was sentenced to 42 months in Federal Prison at Edgefield FCI Camp, 36 months of supervised release, and ordered to pay $10,700.00 in fines. To this day, I have completed my sentence in Edgefield, completed my time at Dismas Charities, completed 21 months of my 36 months supervised release program, and paid my $10,700.00 fine in full.

During my stint at both correctional facilities, and my time on supervised release I have never received an incident report, a reprimand or a write up for disciplinary actions. Instead, I have used this time to further educate myself and to help others. I took classes the entire time in Edgefield. One class in-particular was Business Planning. I have used that knowledge to start my own business, Safe Occupancy of Augusta LLC for home inspections.

Upon my release in July 2019, I immediately return to my church (Good Shepherd Baptist Church) where I have been a member since 1968. I have been active in the continued service of the Jehovah Nissis Ministry (security ministry) of our church, even during the pandemic.

My family has been supportive through out this trying time in our lives. I have two beautiful grandkids that my wife and I love to spend time with.

It is my respectful request to you, that my supervised release be terminated in order to spend time with family and to concentrate on my newly formed business. I take full responsibility for all previous actions on my part.

Thanking you in advance for your consideration in this matter.

Sincerely,

*[signature]*

Jason B. Beard

May 3, 2021

References if needed:

Rev. Clarence Moore, Pastor Good Shepherd Baptist Church

1714 Olive Road

Augusta, Georgia 30904

(706) 733-0341

Mr. Cedric Johnson, Community Resources AU Health and University

1120 15th Street

Augusta, Georgia 30901

(706) 312-6501

Mrs. Vera Stewart, Owner and CEO The Very Vera Show

2708 Wheeler Rd.

Augusta, Georgia 30909

(706) 922-4646

Ms. Lori Mitchell, United States Probation Officer

600 James Brown Blvd.

Augusta, Georgia 30901

(706) 849-4452

Jason B. Beard
3146 Heather Dr
Augusta, GA. 30909

AUGUSTA GA 309
03 MAY 2021 PM 3 L

Honorable J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia
600 James Brown Blvd.
Augusta, Georgia 30901