IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 115-092 |
| | * | |
| JASON BARON BEARD | * | |

## O R D E R

Presently before the Court is Defendant Jason Baron Beard's motion for early termination of supervised release. Beard was convicted by a jury of six counts of extortion and one count of attempted extortion and sentenced to serve 42 months in prison followed by three years of supervised release. The Court also imposed a fine of $10,000 and a special assessment of $700, which he paid in full in 2016.

Beard has been under the supervision of the United States Probation Office in this district since his release on July 17, 2019. He has completed almost two years of supervision with no violations. In particular, Beard has tested negative on all drug tests administered and has satisfied all curfew compliance checks. Further, Beard's supervising probation officer does not object to early termination.

In light of his favorable adjustment to supervision and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT**

**IS ORDERED** that Beard's motion (doc. 55) is **GRANTED**. Jason Baron Beard is hereby discharged from his term of supervised release. The Clerk is directed to send a copy of this Order to Ms. Lori Mitchell of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of May, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA